# EXHIBIT "A"

Exhibit "A" – Index of State Court File

Civil Action No. 2022DCV-1098-B
*Charles L. Foster, III, Plaintiff v. Wilmington Savings Fund Society, FSB, PHH Mortgage-Reverse Mortgage And William Attmore, Defendants*

In the 117th Judicial District, Nueces County, Texas

### INDEX OF DOCUMENTS FILED IN STATE COURT

| | | |
|---|---|---|
| A-1 | Docket Sheet | |
| A-2 | Letter to Clerk with Original Petition and Proposed Temporary Restraining Order | 04/01/2022 |
| A-3 | Original Petition, and Verified Application for Temporary Restraining Order and Application for Temporary Injunction | 04/04/2022 |
| A-4 | Proposed Order - Ex Parte Restraining Order | 04/04/2022 |
| A-5 | Request for Citation | 04/04/2022 |
| A-6 | Letter to Clerk - Cancellation of Service for William Attmore (Only) | 04/04/2022 |
| A-7 | Letter to Clerk - Notice of Nonsuit as to William Attmore | 04/04/2022 |
| A-8 | Notice of Nonsuit as to William Attmore | 04/05/2022 |
| A-9 | Return of Service/Citation-PHH Mortgage Reverse Mortgage | 04/11/2022 |
| A-10 | Defendants' Original Answer and Affirmative Defenses | 04/29/2022 |

Exhibit "A" – Index of State Court File