# EXHIBIT "A-1"

# REGISTER OF ACTIONS
## CASE NO. 2022DCV-1098-B

| | | |
|---|---|---|
| Charles L Foster, III vs. Wilmington Savings Fund Society, FSB,PHH Mortgage Reverse Mortgage,William Attmore | § § § § § | Case Type: **Civil Case - Other**<br>Date Filed: **04/04/2022**<br>Location: **117th District Court** |

---

## PARTY INFORMATION

|  |  |  | Attorneys |
|---|---|---|---|
| Defendant | Attmore, William | | |
| Defendant | PHH Mortgage Reverse Mortgage | | **Thomas W White, Jr.**<br>*Retained*<br>713-520-1900(W) |
| Defendant | Wilmington Savings Fund Society, FSB | | **Thomas W White, Jr.**<br>*Retained*<br>713-520-1900(W) |
| Plaintiff | Foster, Charles L, III | | **Andrew M. Greenwell**<br>*Retained*<br>361-883-1946(W) |

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 04/04/2022 | **Original Petition (OCA)** | | |
| 04/04/2022 | **Original Petition Documents E-filed** (Judicial Officer: Watts, Sandra L. )<br>  *Original Petition, and Verified Application for Temporary Restraining Order and Application for Temporary Injunction* | | |
| 04/04/2022 | **Proposed Order** (Judicial Officer: Watts, Sandra L. )<br>  *Ex Parte Restraining Order* | | |
| 04/04/2022 | **Service Request Information Sheet**<br>  *Service Requested* | | |
| 04/04/2022 | **Cover Letter**<br>  *Cancellation of Service for William Attmore (Only)* | | |
| 04/05/2022 | **Citation**<br>  PHH Mortgage Reverse Mortgage | Served<br>Response Due<br>Returned | 04/06/2022<br>05/02/2022<br>04/11/2022 |
| 04/05/2022 | **Citation - Secretary of State**<br>  Wilmington Savings Fund Society, FSB | Unserved | |
| 04/05/2022 | **Notice of Nonsuit**<br>  *Notice of Nonsuit as to William Attmore* | | |
| 04/11/2022 | **Proof of Service**<br>  *Return of Service/Citation-PHH Mortgage Reverse Mortgage* | | |
| 04/29/2022 | **Original Answer**<br>  *Defendants' Original Answer and Affirmative Defenses* | | |

---

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Plaintiff** Foster, Charles L, III | | |
| | Total Financial Assessment | | 459.00 |
| | Total Payments and Credits | | 459.00 |
| | **Balance Due as of 05/06/2022** | | **0.00** |
| 04/04/2022 | Transaction Assessment | | 459.00 |
| 04/04/2022 | E-file Payment | Receipt # 2022-3515-DCCLK    Foster, Charles L | (322.00) |
| 04/04/2022 | State Credit | | (137.00) |
| 04/04/2022 | Transaction Assessment | | 8.00 |