# EXHIBIT "A-2"

2022DCV-1098-B

# HARRIS & GREENWELL
## ATTORNEYS AT LAW

**ANDREW M. GREENWELL**
agreenwell@harris-greenwell.com



ONE SHORELINE PLAZA
800 N. SHORELINE BLVD., SUITE 2800-S
CORPUS CHRISTI, TEXAS 78401
TELEPHONE (361) 883-1946
FACSIMILE (361) 882-2900
www.harris-greenwell.com

April 1, 2022

**Via E-filing**
Anne Lorentzen
Nueces County District Clerk
901 Leopard Street
Corpus Christi, Texas 78401

  RE:  *Charles L. Foster, III vs. Wilmington Savings Fund Society, et al,* In the District Court of Nueces County, Texas

Dear Ms. Lorentzen:

  Attached please find the following to be filed with the Clerk:

1. *Original Petition, and Verified Application for Temporary Restraining Order and Application for Temporary Injunction;*
2. *Ex Parte Restraining Order.*

  Please note all fees are being paid at the time of filing.

  Thank you for your kindness and courtesies in this regard. Please contact me should you have any questions.

           Sincerely,

           Andrew M. Greenwell

AMG/cja
Attachments - as stated

cc:  **Via Email**
   Charles Foster, III

Copy from re:SearchTX