# EXHIBIT "A-5"

Filed
4/4/2022 8:26 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

# NUECES COUNTY PROCESS REQUEST SHEET

## 901 LEOPARD STREET ROOM 313 / CORPUS CHRISTI, TEXAS 78401
## PHONE # 361-888-0450    /    FAX # 361-888-0424

### *FAILURE TO INCLUDE ALL REQUIRED INFORMATION IS CAUSE FOR A REJECTION*

### *FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING.*

*ALL HIGHLIGHTED SECTIONS MUST BE COMPLETED OR YOUR SERVICE REQUEST WILL NOT BE PROCESSED*

**CAUSE NUMBER:** 2022DCV-1098-B _____ <- *Can be left blank if filing new case* ->    **CURRENT COURT:** _____

**DATE OF REQUEST:** 04/04/22 _____    **AMOUNT PAID:** _____

### *SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST!*

**TYPE OF PROCESS(ES) TO BE ISSUED (*Citation, Show Cause, Precept, TRO, Writ of____ , etc.*)**

Citations

**NAME OF DOCUMENT(S)/PLEADING(S) TO BE SERVED**

Original Petition, and Verified Application for Temporary Restraining Order and Application for Temporary Injunction

**SERVICE BY:**

☑ **PICK UP BY** *(Select One)*    ☐ **RETURN TO FILER BY MAIL**   ☐ **CONSTABLE / SHERIFF**    ☐ **NO SERVICE**

☐ **CIVIL PROCESS SERVER:** _____    **PHONE:** _____

☑ **ATTORNEY/REPRESENTATIVE:** Beatrice Quintanilla / Cindi Allen    **PHONE:** (361) 855-3477

☐ **CERTIFIED MAIL**    ☐ **RESTRICTED DELIVERY**

☐ **COURTHOUSE POSTING**    **# OF DAYS TO BE POSTED:** _____

**\*NATURE OF SUIT (USE REVERSE SIDE)**

☐ **PUBLICATION\*\***    **NAME OF NEWSPAPER:** _____

**# OF DAYS TO BE PUBLISHED:** _____

**\*NATURE OF SUIT (USE REVERSE SIDE)**

*\*\*NCSO WILL ONLY SERVE TO THE FOLLOWING NEWSPAPERS: CORPUS CHRISTI CALLER TIMES, COASTAL BEND DAILY BUSINESS & LEGAL NEWS, AND NUECES COUNTY RECORD STAR; ALL OTHER NEWSPAPERS MUST BE PICKED UP OR RETURNED TO THE FILER BY MAIL\*\**

**PARTY/PARTIES TO BE SERVED:**

**[1] NAME/AGENT** Wilmington Savings Fund Society, FSB by and through the Secretary of the State of Texas
**ADDRESS** 1019 Brazos Street, Austin, Texas for mailing to James D. Nesci @ Wilmington Trust FSB, 520 Madison, Ave., 3rd Floor, New York, NY 100022-4213

**[2] NAME/AGENT** PHH Mortage-Reverse by and through its registered agent, Corporation Service Company dba CSC Lawyers Inc.
**ADDRESS** 211 East 7th Street, Suite 620 Austin, Texas 78701, or wherever it may be found

**[3] NAME/AGENT** William Attmore
**ADDRESS** Robertson Anschutz, Schneid, Crane & Parners, PLLC, 5601 Executive Dr., Suite 400, Irving, Texas 75058 or wherever it may be found

**[4] NAME/AGENT** _____
**ADDRESS** _____

**ATTORNEY OR PARTY REQUESTING ISSUANCE OF PROCESS;**

**NAME** Andrew M. Greenwell    **ATTORNEY  BAR  #** 00784170

**MAILING ADDRESS** 800 N. Shoreline Blvd., Suite 2800-S, Corpus Christi, Texas 78361-882-2900401

**PHONE #** (361) 855-3477    **FAX #** _____

**ATTORNEY REPRESENTS:**    **PLAINTIFF** __X__    **DEFENDANT** _____    **OTHER** _____

Copy from re:SearchTX