# EXHIBIT "A-6"

Filed
4/4/2022 10:45 AM
Anne Lorentzen
District Clerk
Nueces County, Texas



## HARRIS & GREENWELL
### ATTORNEYS AT LAW

**ANDREW M. GREENWELL**
agreenwell@harris-greenwell.com



ONE SHORELINE PLAZA
800 N. SHORELINE BLVD., SUITE 2800-S
CORPUS CHRISTI, TEXAS 78401
TELEPHONE (361) 883-1946
FACSIMILE (361) 882-2900
www.harris-greenwell.com

April 4, 2022

**Via E-filing**
Anne Lorentzen
Nueces County District Clerk
901 Leopard Street
Corpus Christi, Texas 78401

RE: Cause No. 2022DCV-1098-B ; *Charles L. Foster, III vs. Wilmington Savings Fund Society, et al,* In the District 117th District Court of Nueces County, Texas

Dear Ms. Lorentzen:

This serves as my request to cancel the issuance of the citations with regard to William Attmore ONLY. We will be nonsuiting him from this case today.

Thank you for your kindness and courtesies in this regard. Please contact me should you have any questions.

Sincerely,

Andrew M. Greenwell

AMG/cja

cc: **Via Email**
Charles Foster, III

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindi Allen on behalf of Andrew Greenwell
Bar No. 784170
callen@harris-greenwell.com
Envelope ID: 63220848
Status as of 4/4/2022 4:14 PM CST

Associated Case Party: CharlesLFoster

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew M.Greenwell | | agreenwell@harris-greenwell.com | 4/4/2022 10:45:43 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cindi Allen | | callen@harris-greenwell.com | 4/4/2022 10:45:43 AM | SENT |
| Beatrice Quintanilla | | paralegal@harris-greenwell.com | 4/4/2022 10:45:43 AM | SENT |