# EXHIBIT "A-7"

# HARRIS & GREENWELL
## ATTORNEYS AT LAW

**ANDREW M. GREENWELL**
agreenwell@harris-greenwell.com



ONE SHORELINE PLAZA
800 N. SHORELINE BLVD., SUITE 2800-S
CORPUS CHRISTI, TEXAS 78401
TELEPHONE (361) 883-1946
FACSIMILE (361) 882-2900
www.harris-greenwell.com

April 5, 2022

**Via E-filing**
Anne Lorentzen
Nueces County District Clerk
901 Leopard Street
Corpus Christi, Texas 78401

RE: Cause No. 2022DCV-1098-B ; *Charles L. Foster, III vs. Wilmington Savings Fund Society, et al,* In the District 117th District Court of Nueces County, Texas

Dear Ms. Lorentzen:

Attached please find the *Notice of Nonsuit as to William Attmore* to be filed with the Clerk.

Thank you for your kindness and courtesies in this regard. Please contact me should you have any questions.

Sincerely,

Andrew M. Greenwell

AMG/cja

cc: **Via Email**
William Attmore
Charles Foster, III

Copy from re:SearchTX