# EXHIBIT "A-8"

Case 2:22-cv-00100   Document 1-9   Filed on 05/06/22 in TXSD   Page 2 of 3

Filed
4/5/2022 9:56 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2022DCV-1098-B

| | | |
|---|---|---|
| CHARLES L. FOSTER, III, | § | IN THE DISTRICT COURT |
| | § | |
| vs | § | |
| | § | 117th JUDICIAL DISTRICT |
| WILMINGTON SAVINGS FUND | § | |
| SOCIETY, FSB, PHH MORTGAGE- | § | |
| REVERSE MORTGAGE AND | § | |
| WILLIAM ATTMORE | § | NUECES COUNTY, TEXAS |

### NOTICE OF NONSUIT AS TO WILLIAM ATTMORE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Charles L. Foster, III, Plaintiff in the above entitled and numbered cause, and hereby give written notice to the Court and to all parties to this suit that Plaintiff is taking a nonsuit against Defendant, William Attmore for all causes of action filed against the above-referenced Defendant, William Attmore, effective immediately upon the filing of this notice. This nonsuit does not affect any claims against any other parties, including Wilmington Savings Fund Society, FSB, and/or PHH Mortgage—Reverse. With the filing of this nonsuit Defendant, William Attmore is nonsuited effectively upon filing.

Respectfully submitted,

**HARRIS & GREENWELL**
One Shoreline Plaza
800 North Shoreline Blvd., Suite 2800-S
Corpus Christi, Texas 78401
Telephone:   (361) 883-1946
Facsimile:   (361) 882-2900
Email:       agreenwell@harris-greenwell.com

By: _____
Andrew M. Greenwell
State Bar No. 00784170

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that on this 5th day of April 2022, a true and correct copy of the foregoing was served on the following by e-service.

William Attmore
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
5601 Executive Drive, Suite 400
Irving, Texas 75038

*Foster vs WSFS, et al*
*Ntc of Nonsuit*
*Page 2 of 2*

Copy from re:SearchTX