# EXHIBIT "A-9"

Filed
4/11/2022 4:18 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

# AFFIDAVIT OF SERVICE

**State of Texas**  **County of Nueces**  **117th Judicial District Court**

Case Number: 2022DCV-1098

BBW2022003411

**Plaintiff:**
**CHARLES L FORSTER III**

vs.

**Defendant:**
**WILMINGTON SA VIN GS FUND SOCIETY, FSB, PHH MORTGAGE-REVERSE MORTGAGE AND WILLIAM ATTMORE**

For:
Harris & Greenwell
HARRIS & GREENWELL
One Shoreline Plaza
800 N. Shoreline Blvd., Ste. 2800-S
Corpus Christi, TX 78401

Received by Mike Techow on the 6th day of April, 2022 at 2:29 pm to be served on **PHH MORTGAGE REVERSE MORTGAGE BY AND THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY, 211 EAST 7TH ST STE 620, AUSTIN, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **6th day of April, 2022 at 3:00 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **CITATION / ORIGINAL PETITION, AND VERIFIED APPLICATION FOR TEMPORARY RESTRAINING ORDER AND APPLICATION FOR TEMPORARY INJUNCTION / EXHIBITS A, 1, B, 1, 2 / NUECES COUNTY STANDING ORDER ON REMOTE PROCEEDING IN CIVIL, FAMILY AND FELONY CRIMINAL CASES /** with the date of service endorsed thereon by me, to: Lekiesha Gross, **CORPORATION SERVICE COMPANY as Authorized Agent at the address of: 211 EAST 7TH ST STE 620, AUSTIN, TX 78701** on behalf of **PHH MORTGAGE REVERSE MORTGAGE**, and informed said person of the contents therein, in compliance with state statutes.

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on April 6th, 2022 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Pronto Process (San Antonio)**
**P.O. Box 7819**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2022003411

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

Copy from re:SearchTX

ORIGINAL

## Citation for Personal Service – RESIDENT

Case Number: **2022DCV-1098-B**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO: **PHH Mortgage Reverse Mortgage**
**by and through its registered agent, Corporation Service Company dba CSC Lawyers Inc.**
**211 East 7th Street, Suite 620, Austin TX 78701**
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the **Original Petition and Verified Application for Temporary Restraining Order and Application for Temporary Injunction with attached COVID Notice** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Sandra L. Watts**, **117th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 4th day of April, 2022. A copy of same accompanies this citation.
The file number of said suit being Number: **2022DCV-1098-B**

The style of the case is: **Charles L. Foster, III vs. Wilmington Savings Fund Society, FSB, PHH Mortgage Reverse Mortgage, and William Attmore**

Said Petition was filed in said court by **Andrew M. Greenwell**, attorney for Plaintiff, whose address is 800 N. Shoreline Blvd., Suite 2800-S, Corpus Christi TX 78401.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 5th day of April, 2022.



**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _____Emy Esparza_____, Deputy
Emy Esparza

**RETURN OF SERVICE**

2022DCV-1098-B

**CHARLES L FOSTER, III**
**VS.**
**WILMINGTON SAVINGS FUND SOCIETY, FSB, PHH MORTGAGE REVERSE MORTGAGE, AND WILLIAM ATTMORE**

117TH DISTRICT COURT

_____
Name

**ADDRESS FOR SERVICE**
**PHH Mortgage Reverse Mortgage**
by and through its registered agent, Corporation Service Company dba CSC Lawyers Inc.
211 East 7th Street, Suite 620, Austin TX  78701

**OFFICER'S OR AUTHORIZED PERSON'S RETURN**

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being: _____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Fees:                                                                    _____, Officer
Serving Petition and Copy   $_____                                      County, Texas
Total                                     $_____         By _____, Deputy

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a Citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my
              (First, Middle, Last)
address is _____
              (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of _____, 20____.

                                                        _____
                                                        Declarant / Authorized Process Server

                                                        _____
                                                        ID# & Expiration of Certification