# EXHIBIT "B"

# Nueces CAD

## Property Search > 247302 FOSTER CHARLES L JR for Year 2022

Tax Year: 2022

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 247302 | Legal Description: | ISLAND MOORINGS UNIT 1 BLK 1 LOT 38 |
| Geographic ID: | 3727-0001-0380 | Zoning: | RS |
| Type: | Real | Agent Code: | |
| Property Use Code: | | | |
| Property Use Description: | | | |

### Location

| | | | |
|---|---|---|---|
| Address: | 440 Bahia Mar<br>PORT ARANSAS, TX 78373 | Mapsco: | |
| Neighborhood: | ISLAND MOORINGS | Map ID: | R-18B |
| Neighborhood CD: | M245 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | FOSTER CHARLES L JR | Owner ID: | 370321 |
| Mailing Address: | P O BOX 3001<br>PORT ARANSAS, TX 78373 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

## Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | $792,664 | | |
| (+) Improvement Non-Homesite Value: | + | $0 | | |
| (+) Land Homesite Value: | + | $215,729 | | |
| (+) Land Non-Homesite Value: | + | $0 | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | $0 | | $0 |
| (+) Timber Market Valuation: | + | $0 | | $0 |
| | | ------------------------ | | |
| (=) Market Value: | = | $1,008,393 | | |
| (–) Ag or Timber Use Value Reduction: | – | $0 | | |
| | | ------------------------ | | |
| (=) Appraised Value: | = | $1,008,393 | | |
| (–) HS Cap: | – | $0 | | |
| | | ------------------------ | | |
| (=) Assessed Value: | = | $1,008,393 | | |

## Taxing Jurisdiction

| | |
|---|---|
| Owner: | FOSTER CHARLES L JR |
| % Ownership: | 100.0000000000% |
| Total Value: | $1,008,393 |

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| C08 | CITY OF PORT ARANSAS | 0.247009 | $1,008,393 | $1,008,393 | $2,490.82 |

| | | | | | |
|---|---|---|---|---|---|
| CAD | APPRAISAL DISTRICT | 0.000000 | $1,008,393 | $1,008,393 | $0.00 |
| GNU | NUECES COUNTY | 0.306700 | $1,008,393 | $1,008,393 | $3,092.75 |
| HOSP | HOSPITAL DISTRICT | 0.111502 | $1,008,393 | $1,008,393 | $1,124.38 |
| RFM | FARM TO MKT ROAD | 0.003745 | $1,008,393 | $1,008,393 | $37.76 |
| SM | PORT ARANSAS ISD | 0.934260 | $1,008,393 | $1,008,393 | $9,421.02 |
| WW | NUECES COUNTY WATER DISTRICT #4 | 0.000000 | $1,008,393 | $1,008,393 | $0.00 |
| | Total Tax Rate: | 1.603216 | | | |
| | | | | Taxes w/Current Exemptions: | $16,166.73 |
| | | | | Taxes w/o Exemptions: | $16,166.73 |

## Improvement / Building

**Improvement #1:** RESIDENTIAL  **State Code:** A1  **Living Area:** 3291.0 sqft  **Value:** $792,664

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| MA | MAIN AREA | R7 | PK | 1985 | 1474.0 |
| MA2 | MAIN AREA SECOND FLOOR | R7 | | 1985 | 1817.0 |
| AG | ATTACHED GARAGE | R7 | | 1985 | 661.5 |
| CPAT | COVERED PATIO | R7 | | 1985 | 368.0 |
| CBAL | COVERED BALCONY | R7 | | 1985 | 368.0 |
| BL | BOAT LIFT | R7 | | 1985 | 1.0 |
| FP | FIREPLACE | R7 | | 1985 | 1.0 |
| BAL | BALCONY | R7 | | 1985 | 96.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RL | RESIDENTIAL LAND | 0.1598 | 6959.00 | 63.27 | 110.00 | $215,729 | $0 |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2022 | $792,664 | $215,729 | 0 | 1,008,393 | $0 | $1,008,393 |
| 2021 | $503,901 | $184,414 | 0 | 688,315 | $0 | $688,315 |
| 2020 | $383,252 | $184,414 | 0 | 567,666 | $0 | $567,666 |
| 2019 | $463,408 | $184,414 | 0 | 647,822 | $0 | $647,822 |
| 2018 | $412,526 | $184,414 | 0 | 596,940 | $0 | $596,940 |
| 2017 | $464,471 | $184,414 | 0 | 648,885 | $0 | $648,885 |
| 2016 | $409,864 | $184,414 | 0 | 594,278 | $0 | $594,278 |
| 2015 | $387,876 | $184,414 | 0 | 572,290 | $0 | $572,290 |
| 2014 | $376,587 | $184,414 | 0 | 561,001 | $0 | $561,001 |
| 2013 | $327,235 | $184,414 | 0 | 511,649 | $0 | $511,649 |
| 2012 | $351,728 | $139,180 | 0 | 490,908 | $0 | $490,908 |
| 2011 | $372,091 | $139,180 | 0 | 511,271 | $0 | $511,271 |
| 2010 | $373,409 | $139,180 | 0 | 512,589 | $0 | $512,589 |
| 2009 | $423,452 | $167,016 | 0 | 590,468 | $0 | $590,468 |
| 2008 | $404,526 | $222,688 | 0 | 627,214 | $75,018 | $552,196 |
| 2007 | $417,718 | $271,401 | 0 | 689,119 | $187,123 | $501,996 |
| 2006 | $347,182 | $254,699 | 0 | 601,881 | $145,521 | $456,360 |
| 2005 | $374,964 | $110,648 | 0 | 485,612 | $70,739 | $414,873 |
| 2004 | $326,056 | $110,648 | 0 | 436,704 | $59,547 | $377,157 |


| Year | | | | | | |
|------|--------|--------|---|---------|-------|----------|
| 2003 | $246,059 | $96,811 | 0 | 342,870 | $0 | $342,870 |
| 2002 | $246,059 | $96,811 | 0 | 342,870 | $533 | $342,337 |
| 2001 | $270,059 | $47,844 | 0 | 317,903 | $6,688 | $311,215 |
| 2000 | $0 | $0 | 0 | 0 | $0 | $0 |

## Deed History - (Last 50 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|-----------|------|-------------|---------|---------|--------|------|-------------|
| 1 | 7/30/2010 | W-D | WARRANTY DEED | FOSTER CHARLES L JR TRUSTEE | FOSTER CHARLES L JR | | | 2010028396 |
| 2 | 11/8/2001 | W-D | WARRANTY DEED | FOSTER CHARLES L JR | FOSTER CHARLES L JR TRUSTEE | 20010480- | 18/WD | 20010480-/18/WD |
| 3 | 12/12/1994 | WDV | W/D & V/LN | COMPTON FRANCIS M ET UX | FOSTER CHARLES L JR | 941466 | WDV | 941466/WDV |

## Tax Due

Property Tax Information as of 04/25/2022

Amount Due if Paid on:

| Year | Taxing Jurisdiction | Taxable Value | Base Tax | Base Taxes Paid | Base Tax Due | Discount / Penalty & Interest | Attorney Fees | Amount Due |
|------|---------------------|---------------|----------|-----------------|--------------|-------------------------------|---------------|------------|

NOTE: Penalty & Interest accrues every month on the unpaid tax and is added to the balance. Attorney fees may also increase your tax liability if not paid by July 1. If you plan to submit payment on a future date, make sure you enter the date and RECALCULATE to obtain the correct total amount due.

Questions Please Call (361) 881-9978

Website version: 1.2.2.33    Database last updated on: 4/24/2022 10:51 PM    © N. Harris Computer Corporation