## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHARLES L. FOSTER, III, § | | CIVIL ACTION NO. |
| Plaintiff § | | |
| § | | |
| VS. § | | 2:22-cv-00100 |
| § | | |
| WILMINGTON SAVINGS FUNDS § | | |
| SOCIETY, FSB, PHH MORTGAGE- § | | |
| REVERSE MORTGAGE, § | | |
| Defendant § | | |

### AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants file this stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii).

1. Plaintiff is Charles L. Foster, III; Defendants are Wilmington Savings Funds Society, FSB, PHH Mortgage-Reverse Mortgage.

2. On April 1, 2022, Plaintiff sued Defendants in State Court under Cause No. 2022DCV-1098-B.

3. Plaintiff moves to dismiss this case without prejudice.

4. Defendants filed their answer on April 29, 2022, and then filed a Notice of Removal of State Court Action on May 6, 2022.

5. Defendants agrees to this stipulation of dismissal.

6. This case is not a class action under FED. R. CIV. P. 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7. This case is not governed by any federal statute that requires a court order for dismissal of this case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

9. This dismissal is without prejudice.

Respectfully submitted,

**HARRIS & GREENWELL**
One Shoreline Plaza
800 N. Shoreline Blvd., Suite 2800-S
Corpus Christi, Texas 78401
Telephone:   (361) 883-1946
Facsimile:   (361) 882-2900
Email:       agreenwell@harris-greenwell.com

By: _____
Andrew M. Greenwell
State Bar No. 00784170

**ATTORNEYS FOR PLAINTIFF**

AGREED TO:
**MCGLINCHEY STAFFORD, PLLC**
Three Energy Square
6688 N. Central Expressway, Suite 400
Dallas, Texas 75206
Tel:   (214) 445-2445
Fax:   (214) 445-2450
Email: estroope@mcglinchey.com

By:  /s/ Emily G. Stroope (Signed by permission)
       Emily G. Stroope

**MCGLINCHEY STAFFORD, PLLC**
1001 McKinney Street, Suite 1500
Houston, Texas 77002
Tel:   (713) 335-2135
Fax:   (713) 520-1025
Email: twhite@mcglinchey.com

By: _/s/ Thomas W. White, Jr._
        Thomas W. White, Jr.

**ATTORNEYS FOR DEFENDANTS**